IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SHIRLEY PENROD, | ) |
| | ) CASE NO. 3:11-CV-00004 |
| Plaintiff, | ) |
| | ) Magistrate Judge Michael R. Merz |
| v. | ) |
| | ) |
| TASC, Inc., | ) |
| | ) |
| Defendant. | ) |

### STIPULATED ORDER OF DISMISSAL

By agreement of the parties, this matter having been resolved, this case is hereby dismissed with prejudice.

_____
MICHAEL R. MERZ
Magistrate Judge

SO STIPULATED:

_____
Shirley A. Penrod
Pro Se

_____
Charles C. Warner (0023052)
Trial Attorney for Defendant

COLUMBUS/1618181v.1